## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

CATHERINE WILLIAMS      **:**  CIVIL ACTION

                    **:**   NUMBER 14-154-BAJ-RLB

VERSUS

                    **:**  JUDGE BRIAN A. JACKSON

STATE OF LOUISANA       **:**  MAGISTRATE JUDGE
                         RICHARD L. BOURGEOIS, JR.

**************************************************************************

## <u>MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL</u>

**MAY IT PLEASE THE COURT:**

Defendant, the State of Louisiana, respectfully moves this Honorable Court for an Order compelling plaintiff Catherine Williams to produce a report for her designated expert, Dr. Paul Dammers, by a specific date, for the following reasons:

On June 23, 2014, this Court signed a Scheduling Order setting the deadline for submission of Plaintiff's expert reports as February 2, 2015.[1] Plaintiff did not provide an expert report or statement for Dr. Paul Dammers by the Scheduling Order deadline. In response, defendant filed a *Motion in Limine* on May 7, 2015 seeking the exclusion of Dr. Dammers' testimony due to the failure to comply with the Federal Rules of Civil Procedure.[2]

Following the filing of Reply Briefs by both parties, this Court denied defendant's *Motion in Limine* and ordered a Status Conference to be held on October 15, 2015 to discuss new deadlines for the submission of expert disclosures/reports.[3] At the Status Conference held on October 15, 2015 in Judge Brian Jackson's chambers, counsel for Plaintiff indicated that an expert report prepared by Dr. Paul Dammers would be forthcoming. Counsels for defendant has sent numerous requests by e-mail to plaintiff's counsel since the date of the Status Conference

---

[1] Record Document Number 13.
[2] Record Document Number 17.
[3] Record Document Number 41.

requesting production of Dr. Dammers' expert report.[4] After not receiving a statement or response to the inquiry, undersigned counsel scheduled a Rule 37 conference.[5] The conference was held on December 11, 2015; Plaintiff's attorney indicated she had been unable to get in touch with Dr. Dammers.  Undersigned counsel located a phone and fax number for Plaintiff's counsel and provided them over the phone. During the conference, it was agreed that Dr. Dammers should be able to provide a report or statement prior to December 25, 2015; Plaintiff's counsel was to contact undersigned counsel the following Monday.[6] When no such contact was forthcoming, undersigned counsel contacted Plaintiff's attorney again and requested production of the report, setting a deadline of January 4, 2016.[7] Plaintiff's counsel then provided that the report might be ready later in January.[8] As of the date of this motion, undersigned has still not received a report from Dr. Dammers.

As indicated during the status conference and to Plaintiff's counsel in subsequent communications, defendant needs the opportunity to review the report and determine whether another deposition is necessary.  The trial date for this case has already been pushed back once due to Dr. Dammers not producing a report; defendant would like to avoid another continuance. Defendant will be prejudiced in preparing for trial with continued delays in the production of Dr. Dammers' report.

For the foregoing reasons, defendant, the State of Louisiana, prays that this Court grant all relief it deems necessary including, but not limited to excluding Dr. Dammers as an expert witness or, in the alternative, setting a deadline compelling Plaintiff to produce Dr. Dammers' report within the next week.

---

[4] Exhibit A.  Defense counsel sent inquiries on October 29, 2015, November 9, 2015 and November 19, 2015.
[5] *Id.*
[6] Exhibit B.
[7] *Id.*
[8] Exhibit C.

Respectfully submitted,

JAMES "BUDDY" D. CALDWELL
ATTORNEY GENERAL

BY:    /s/  *Margaret A. Collier*
       Margaret A. Collier (LA Bar #33790) T.A.
       Assistant Attorney General

       */s/ Christopher N. Walters*
       Christopher N. Walters (LA Bar #35579)
       Assistant Attorney General
       LOUISIANA DEPARTMENT OF JUSTICE
       LITIGATION DIVISION
       1885 N. 3rd St. – Third Floor
       P. O. Box 94005
       Baton Rouge, LA  70804-9005
       Telephone: (225) 326-6300
       Fax: (225) 326-6495
       Email: collierma@ag.state.la.us

## RULE 37 CERTIFICATE

I certify that, prior to filing this motion, I made a good faith effort to amicably resolve this matter by conducting a Rule 37 conference via telephone with Plaintiff's counsel on December 11, 2015.

/s/  *Margaret A. Collier*
Margaret A. Collier

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing has been served on counsel for represented parties by email via the electronic notification by CM/ECF on January 5, 2016.

Catherine Williams through her attorney of record
Azelie Ziegler Shelby
3070 Teddy Drive
Baton Rouge, LA  70809
Phone:  (225) 223-6961/Fax:  (225) 757-5654
Email:  lshelby@azshelbylaw.com

/s/ *Margaret A. Collier*
Margaret A. Collier

3